IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING
2018 NOV 15 PM 1:46
STEPHAN HARRIS, CLERK
CASPER

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLEN MICHAEL SORBER,<br><br>Defendant. | No. 18CR177-5<br><br>18 U.S.C. § 844(i)<br>(Malicious Damage to Property<br>by Means of Fire) |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about September 6, 2018, in the District of Wyoming, the Defendant, **KELLEN MICHAEL SORBER**, maliciously damaged, by means of fire, the building at 214 East Ivinson Ave., Laramie, Wyoming, which is used in interstate commerce.

In violation of 18 U.S.C. § 844(i).

A TRUE BILL:

<u>Ink Signature on File in Clerk's Office</u>
FOREPERSON

*Mark Klaassen*
MARK A. KLAASSEN
United States Attorney

# PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | KELLEN MICHAEL SORBER |
| **DATE:** | November 14, 2018 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. § 844(i)** (Malicious Damage to Property by Means of Fire)<br><br>Not Less Than 5 Years, and Not More Than 20 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | C. Alex Buehler, ATF |
| **AUSA:** | Mark A. Klaassen, United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |