IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 18-CR-177-SWS |
| KELLEN MICHAEL SORBER, | |
| Defendant. | |

### ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

This matter comes before the Court on Defendant Kellen Michael Sorber's letter, filed January 17, 2023, in which he asks to terminate his supervised release early (ECF 44). Title 18 U.S.C. § 3583(e) allows the Court to terminate supervised release early when it is warranted by the Defendant's conduct and is in the interest of justice. The Government's time to submit any response to the motion has expired. In considering the relevant factors set forth in §§ 3583(e) and 3553(a), the Court finds the motion should be granted.[1]

In January 2019, Mr. Sorber pled guilty to one count of committing malicious damage to property with fire. (ECF 31.) In March 2019, he was sentenced to 44 months' imprisonment to be followed by three years of supervised release. (ECF 42.) He did well while incarcerated, obtaining his General Educational Development (GED) diploma, attending Alcoholics Anonymous (AA) support meetings, engaging in multiple cognitive therapy classes, and completing the non-residential drug abuse program. He commenced his supervised release in

---

[1] A hearing on this motion is not required under Fed. R. Crim. P. 32.1(c)(2)(B) because "the relief sought is favorable to the person and does not extend the term of probation or of supervised relief," and the Court finds a hearing would not materially assist in determining the motion.

December 2021 and has completed over a year of supervision. He now asks to end his supervision early. (ECF 44.)

Mr. Sorber's supervising officer provided an update on his progress thus far. Mr. Sorber has done very well on supervised release. He continued individual mental health counseling and cognitive behavioral treatment. He pays his restitution obligation in a timely manner. He has had no violations of supervision. While the crime of conviction was violent in nature, his supervising officer notes he does not present any identified risk of harm. Mr. Sorber has maintained successful employment and stable living accommodations during his supervised release. He has positive support from his mother and fiancée, and he hopes to move to Montana soon to live with his fiancée and her children. Mr. Sorber has communicated and cooperated with his supervising officer, who offered no opposition to his request for early termination of supervised release.

The Court commends Mr. Sorber for his hard work and positive choices since his conviction. The Court finds Mr. Sorber's demonstrated good conduct and the interests of justice warrant terminating his supervision at this time. The goal of supervised release to assist former prisoners in transitioning to community life appears satisfied in this case. Upon careful consideration of the motion and the relevant statutory factors, the Court finds Mr. Sorber's request should be granted.

**IT IS THEREFORE ORDERED** that Defendant Kellen Michael Sorber's motion for early termination of supervised release (ECF 44) is **GRANTED**, and Mr. Sorber is hereby discharged from supervised release, effectively immediately.

**DATED:** February 2nd, 2023.

Scott W. Skavdahl
United States District Judge